No. 92–8548.  JOHNPOLL *v.* UNITED STATES PAROLE COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–8549.  SPENCE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8553.  SPRAGGINS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 92–8557.  ROCKWELL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–8558.  MILLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8559.  NELSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–8560.  MARTINEZ *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–8561.  RAMEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–8565.  SWAIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8567.  YOUNG *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8568.  YEOMANS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8569.  WAUGH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–8571.  BECKWITH *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 92–8581.  FRANCOIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8590.  DAVIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.